**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dale Tauer d/b/a North Forty Fowl,

Plaintiff,

v.

Secura Insurance,

Defendant.

Court File No. 00-CV-01383 (ADM/AJB)

**ORDER**

---

The above matter came on before the undersigned on Defendant Secura Insurance's motion to bring in third-party defendants. Plaintiff, by and through their counsel, stipulated to defendant's motion.

Based upon all the records, files and proceedings herein, and the court being fully advised in the matter,

IT IS HEREBY ORDERED THAT Defendant's Motion to Bring in Third-Party Defendants is GRANTED. Accordingly, defendant may file and cause to be served a third-party summons and complaint against Robert Vollbrecht and Commercial Associates, Inc.

Dated: 8/30/00

BY THE COURT

Arthur J. Boylan
U.S. Magistrate Judge

f:\shared_docs\north forty fowl #2\pleadings\ord-3rd party.doc\shr

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK