**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dale Tauer d/b/a North Forty Fowl,

Plaintiff,

vs.

Secura Insurance,

Defendant and
Third-Party Plaintiff,

vs.

Robert Vollbrecht and
Commercial Associates, Inc.,

Third-Party Defendants.

Court File No. 00-CV-01383 (ADM/AJB)

**STIPULATION AND ORDER TO EXTEND DEADLINES**

---

WHEREAS, in its Pretrial Scheduling Order dated August 3, 2000, the Court set various deadlines, including the discovery deadline of March 1, 2001, and the deadlines by which the parties are required to identify expert witnesses and produce expert reports—February 1, 2001 for the Plaintiff, and March 1, 2001 for the Defendants;

WHEREAS, due to scheduling conflicts, and in spite of a good faith effort by the parties, the parties have as yet been unable to complete all of the depositions that are necessary for an expert to adequately prepare an expert report on the issues in this case; and

WHEREAS, although the parties anticipate that all factual discovery will be completed by the March 1, 2001 discovery deadline, the parties will not have had the opportunity to take the depositions of expert witnesses prior to the discovery deadline.

ACCORDINGLY, IT IS HEREBY STIPULATED and agreed by the parties through their respective undersigned attorneys, that this Court may enter an Order without further

FILED JAN 31 2001
CLERK
DEPUTY CLERK

notice which will extend by forty-five days the dates by which the parties are required to disclose the identity of expert witnesses and produce expert reports, and will extend by sixty days the discovery deadline for the limited purpose of taking expert depositions.

Dated: January 29, 2001

FAEGRE & BENSON LLP

Michael B. Lapicola

Thomas J. Vollbrecht, #11886X
Michael B. Lapicola, #0286783
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000
**Attorneys for Plaintiff**

Dated: January 29, 2001

SPENCE, RICK, SWEENEY & GERNES, P.A.

Julius W. Gernes
Suite 600, Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 223-8000
**Attorneys for Defendant, Secura Insurance**

Dated: January 29, 2001

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

James O. Redman
Bassford, Lockhart, Truesdell & Briggs, P.A.
3500 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787
(612) 333-3000
**Attorneys for Defendant, Robert Vollbrecht**

Dated: 1-26-01, 2001

HAGGLUND, WEIMER & SPEIDEL

Britton D. Weimer

Britton D. Weimer
Hagglund, Weimer & Speidel, P.L.C.
4000 Water Park Place
5101 Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575
**Attorneys for Defendant, Commercial Associates, Inc.**

## ORDER

IT IS HEREBY ORDERED that the dates by which the parties are required to disclose the identity of expert witnesses and produce expert reports is extended by forty-five days, and that the discovery deadline is extended by sixty days for the limited purpose of taking expert depositions. This Order modifies this Court's Scheduling Order dated August 3, 2000, accordingly.

Dated: 1/30/01

BY THE COURT:

Honorable Arthur J. Boylan
United States Magistrate Judge

M2:20362856.01