**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dale Tauer d/b/a North Forty Fowl,

Plaintiff,

v.

Secura Insurance,

Defendant and
Third-party Plaintiff,

v.

Robert Vollbrecht and
Commercial Associates, Inc.,

Third-party Defendants.

Court File No. 00-CV-01383 (ADM/AJB)

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

Whereas, the Pretrial Scheduling Order dated August 3, 2000 states that each party may call no more than one expert witness,

Whereas, at the time the Pretrial Scheduling Order was issued, the third-party defendants had not been joined in this action,

Whereas, depositions in this case have just been completed,

Whereas, the Court previously extended the deadlines for the disclosure of expert witnesses by 45 days from the previous deadlines of 2/1/01 for plaintiff and 3/1/01 for defendants,

Whereas the parties request that they be allowed a 30 day period in which to disclose a rebuttal expert witness,

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that the Court may enter an Order

FILED MAR 28 2001

without further notice which will (1) permit a party to call two expert witnesses during the trial of this action, irrespective of their designation as a principal or rebuttal expert and (2) permit a party to disclose a rebuttal expert witness within 30 days from the disclosure of an adverse expert witness, but no later than May 15, 2001.

FAEGRE & BENSON, LLP

Dated:

By______________________________
Thomas J. Vollbrecht, #1886X
Michael B. Lapicola, #0286783
Attorney for Plaintiff
90 S. Seventh St., #2200
Minneapolis, MN 55402-3901

SPENCE, RICKE, SWEENEY & GERNES, P.A.

Dated: 3/16/01

By [signature]
Julius W. Gernes-189704
Scott H. Rauser-250752
Attorney for Defendant Secura Insurance
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/292-3375

BASSFORD, LOCKHART, TRUESDELL & BRIGGS

Dated:

By ______________________________
James O. Redman
Attorneys for Defendant Vollbrecht
3500 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787
(612) 333-3000

without further notice which will (1) permit a party to call two expert witnesses during the trial of this action, irrespective of their designation as a principal or rebuttal expert and (2) permit a party to disclose a rebuttal expert witness within 30 days from the disclosure of an adverse expert witness, but no later than May 15, 2001.

FAEGRE & BENSON, LLP

Dated: 3/16/01

By [signature]
Thomas J. Vollbrecht, #1886X
Michael B. Lapicola, #0286783
Attorney for Plaintiff
90 S. Seventh St., #2200
Minneapolis, MN 55402-3901

SPENCE, RICKE, SWEENEY & GERNES, P.A.

Dated: 3/16/01

By [signature]
Julius W. Gernes-189704
Scott H. Rauser-250752
Attorney for Defendant Secura Insurance
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/292-3375

BASSFORD, LOCKHART, TRUESDELL & BRIGGS

Dated:

By ____________________
James O. Redman
Attorneys for Defendant Vollbrecht
3500 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787
(612) 333-3000

without further notice which will (1) permit a party to call two expert witnesses during the trial of this action, irrespective of their designation as a principal or rebuttal expert and (2) permit a party to disclose a rebuttal expert witness within 30 days from the disclosure of an adverse expert witness, but no later than May 15, 2001.

FAEGRE & BENSON, LLP

Dated:

By________________________
Thomas J. Vollbrecht, #1886X
Michael B. Lapicola, #0286783
Attorney for Plaintiff
90 S. Seventh St., #2200
Minneapolis, MN 55402-3901

SPENCE, RICKE, SWEENEY & GERNES, P.A.

Dated: 3/16/01

By________________________
Julius W. Gernes-189704
Scott H. Rauser-250752
Attorney for Defendant Secura Insurance
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/292-3375

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: 3/18/01

By________________________
James O. Redman
Attorneys for Defendant Vollbrecht
3500 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787
(612) 333-3000

HAGGLUND, WEIMER & SPEIDEL

Dated:

By ______________________
Clarance Hagglund
Attorneys for Defendant Commercial
4000 Water Park Place
5101Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order is amended to allow each party to call no more than 2 expert witnesses during the trial of this action, and that the parties must disclose any rebuttal expert witnesses within 30 days of the disclosure of an adverse expert witness, but in any event no later than May 15, 2001.

Dated:

______________________
Arthur J. Boylan
United States Magistrate Judge

f:\shared_docs\north forty fowl #2\pleadings\stip - expert rev.doc\shr

HAGGLUND, WEIMER & SPEIDEL

Dated:

By ______________________________

Clarance Hagglund
Attorneys for Defendant Commercial
4000 Water Park Place
5101Olson Memorial Highway
Minneapolis, MN 55422
(763) 525-9575

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order is amended to allow each party to call no more than 2 expert witnesses during the trial of this action, and that the parties must disclose any rebuttal expert witnesses within 30 days of the disclosure of an adverse expert witness, but in any event no later than May 15, 2001.

Dated: 3/28/01

Arthur J. Boylan
United States Magistrate Judge

f:\shared_docs\north forty fowl #2\pleadings\stip - expert rev.doc\shr