UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DALE TAUER, d/b/a North Forty Fowl,

Civil No. 00-1383 ADM/AJB

Plaintiff,

v.

ORDER

SECURA INSURANCE,

Defendant/Third-party Plaintiff,

v.

ROBERT VOLLBRECHT, ET AL.,

Third-party Defendants.

---

The parties in the above captioned matter are currently scheduled to appear for a settlement conference before the undersigned Magistrate Judge on June 26, 2001, at 9:30 a.m. Due to a change in the Court's calendar, the settlement conference will commence at **8:30 a.m. on June 26, 2001,** in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101.

Dated: 6/21/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUN 21 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________