**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dale Tauer d/b/a North Forty Fowl,

Plaintiff,

vs.

Secura Insurance,

Defendant and
Third-Party Plaintiff,

vs.

Robert Vollbrecht and
Commercial Associates, Inc.,

Third-Party Defendants.

Court File No. 00-CV-01383 (ADM/AJB)

**JUDGMENT**

---

The above-captioned case came before the Court for trial on July 17, 2001 through July 23, 2001. The following claims were submitted to the jury:

1. Breach of contract claim by Dale Tauer d/b/a North Forty Fowl against Secura Insurance ("Claim 1").

2. Third-party negligence claim by Secura Insurance against Robert Vollbrecht ("Claim 2").

On Claim 1, the jury returned a verdict in favor of Plaintiff Dale Tauer d/b/a North Forty Fowl on Monday, July 23, 2001. On Claim 2, the jury returned a verdict in favor of Third-Party Plaintiff Secura Insurance on Monday, July 23, 2001.

The issue of damages was not presented to the jury. Prior to submitting the claims to the jury, the parties stipulated that the damages on Claim 1, if the jury returned a verdict in

FILED AUG 2 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

favor of Dale Tauer d/b/a North Forty Fowl, would be $166,645; and that the damages on Claim 2, if the jury returned a verdict in favor of Secura Insurance, would be $480,000.

Also prior to submitting the claims to the jury, the parties entered into an agreement limiting the maximum amount of damages recoverable on both claims. The parties agreed to limit the amount of damages recoverable by Dale Tauer d/b/a North Forty Fowl on Claim 1 to $150,000. The parties agreed to limit the amount of damages recoverable by Secura Insurance on Claim 2 to $216,000.

Based on the files, records, and proceedings herein, and in accord with the jury's findings and the agreement of the parties, IT IS ORDERED AND ADJUDGED that:

1. Defendant Secura Insurance shall remit to Plaintiff Dale Tauer d/b/a North Forty Fowl $150,000 in monetary damages.

2. Third-Party Defendant Robert Vollbrecht shall remit to Third-Party Plaintiff Secura Insurance $216,000 in monetary damages.

Dated: August 24, 2001

JUDGE ANN D. MONTGOMERY
United States District Court

M2:20403599.02

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500